UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CRESCENCIO SANDOVAL-ALVAREZ,
A-221-493-771,

          Petitioner,

    v.

WARDEN, CALIFORNIA CITY
CORRECTIONAL CENTER,

          Respondents.

No.  2:26-cv-0998-DJC-CKD P

ORDER

Petitioner filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2241. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On April 3, 2026, the Magistrate Judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within seven days. Respondents filed objections to the findings and recommendations.

The Court presumes that any findings of fact are correct. *See Orand v. United States*, 602 F.2d 207, 208 (9th Cir. 1979). The Magistrate Judge's conclusions of law are reviewed de novo. *See Britt v. Simi Valley Unified School Dist.*, 708 F.2d 452, 454 (9th Cir. 1983). The Court has reviewed the file and finds the findings and

1

recommendations to be supported by the record and by the Magistrate Judge's analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations (ECF No. 13) are adopted in full.

2. Respondents' request for a stay is DENIED.

3. The first amended petition for writ of habeas under 28 U.S.C. § 2241 (ECF No. 7) is GRANTED and the motions for temporary restraining order (ECF Nos. 2, 8) are DENIED as moot.

4. Respondents are ORDERED to provide petitioner CRESENCIO SANDOVAL ALVAREZ, A-221-493-771, a bond hearing before an Immigration Judge within (7) seven days of the adoption of the findings and recommendations, and to file notice certifying compliance within (3) three days of the bond hearing.

5. The Clerk of Court is directed to close this case.

IT IS SO ORDERED.

Dated:   **April 13, 2026**

Hon. Daniel J. Calabretta
UNITED STATES DISTRICT JUDGE

8 sand0998.jo.hc.imm

2